IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00331-H

UNITED STATES OF AMERICA

v.

DAVID HYMAN PROCTOR

### ORDER

This matter comes before this Court on Defendant's Motion to Seal. Upon consideration of the record proper, the Court finds and concludes that Defendant has shown good cause supporting sealing Defendant's Motion to Extend Time to Respond to the Pre-Sentence Report and Motion to Continue the sentencing proceeding.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Seal Defendant's Motion to Extend Time to Respond to the Pre-Sentence Report and Motion to Continue is ALLOWED.

This, the 20th day of February 2018.

_____
Malcolm J. Howard
Senior United States District Judge