IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00331-H

UNITED STATES OF AMERICA

v.

DAVID HYMAN PROCTOR

### ORDER

This matter comes before this Court on Defendant's Motion to Seal. Upon consideration of the record proper, the Court finds and concludes that Defendant has shown good cause supporting sealing and Defendant's Sentencing Memorandum and all matters attached thereto.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Seal Defendant's Sentencing Memorandum and all matters attached thereto is ALLOWED.

This, the 12th day of April 2018.

Malcolm J. Howard
Senior United States District Judge