IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00331-H

UNITED STATES OF AMERICA

v.

DAVID HYMAN PROCTOR

## ORDER

This matter comes before this Court on Defendant's Motion to Seal. Upon consideration of the record proper, the Court finds and concludes that Defendant has shown good cause supporting sealing Defendant's Motion to Amend the Judgment.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Seal Defendant's Motion to Amend the Judgment is ALLOWED.

This, the 8th day of May, 2018.

Malcolm J. Howard
Senior United States District Judge