IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-331-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID HYMAN PROCTOR, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to amend the judgment [DE #42]. The government does not oppose this motion. For good cause shown, defendant's motion is GRANTED inasmuch as the clerk is hereby directed to amend the judgment to add the following recommendation:

> The court recommends defendant be placed in a Bureau of Prisons ("BOP") facility which offers residential sex offender treatment and that defendant undergo a valid sex offender evaluation and treatment while incarcerated. It is also recommended that defendant receive intensive substance abuse and psychiatric and mental health evaluations and treatment while in the BOP.

The court makes no recommendation as to placement in a particular facility within the BOP.

This __6th__ day of June 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35